# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# Charleston Division

| | |
|---|---|
| Nelson L. Bruce, Sui Juris ) | |
| ) | |
| Plaintiff(s), ) | Civil Act. No. 2:21-cv-00735-BHH |
| ) | |
| v. ) | |
| ) | |
| Bank of America, N.A., et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PROPOSED ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, this 18th day of July, 2022, upon consideration of the Stipulation of Dismissal filed by Defendant Bank of America, N.A. ("BANA" or "Defendant") and signed by Plaintiff Nelson L. Bruce, it is hereby:

ORDERED and DECREED that the Stipulation of Dismissal with Prejudice is GRANTED.

                                                                                                    s/Bruce H. Hendricks
                                                                                                   United States District Judge

July 18, 2022
Charleston, South Carolina